

# Fourth Court of Appeals
## San Antonio, Texas

July 22, 2014

No. 04-13-00593-CV

Venus **MINSAL**,
Appellant

v.

Abel H. **GARCIA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18466
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

    Appellant's motion to amend appellant's brief is GRANTED. Appellee's motion for an extension of time to file his brief is GRANTED. Appellee's brief is due on **July 26, 2014**.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of July, 2014.

_____
Keith E. Hottle
Clerk of Court